

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00512-CR

Ex Parte Steven **ROBLES**,
Appellant

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

     Appellant's brief was due September 27, 2018. On that day, appellant filed an Application for Extension of Time to File Brief, requesting an extension of time until Saturday, November 24, 2018 to file his brief. After consideration, we **GRANT** appellant's request for an extension, and **ORDER** appellant to file his brief in this court **on or before November 26, 2018**, which is a Monday. *See* TEX. R. APP. P. 4.1(a).

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
Keith E. Hottle
Clerk of Court